IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| RUBEN CONTRERAS,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | EP-21-CV-120-DB |
| | § | |
| FOSTER ELECTRIC (U.S.A.), INC. and<br>FOSTER ELECTRIC AMERICA,<br>    Defendants. | §<br>§ | |

## FINAL JUDGMENT

On this day, the Court issued an order dismissing all claims in the the above-captioned case. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** this **15th** day of **February 2022**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE